## ATTORNEY-CLIENT AGREEMENT

THIS AGREEMENT, entered into this _10_ day of November, 2017, by and between W. CRAIG BASHEIN, BASHEIN & BASHEIN CO., L.P.A., FRANK T. ZOBEC, hereinafter called the "Attorneys", and ERIC HENRY, hereinafter called the "Client";

WITNESSETH: The Attorneys do hereby undertake and agree with the Client to act as their Legal Counsel in negotiating for a settlement, and if same is not effected, in bringing, conducting and prosecuting an action against the responsible parties and/or insurers to recover damages for an incident which occurred on or about the 29th day of November, 2016, and in consideration for services so rendered and to be rendered by the Attorneys, it is agreed that they shall receive a sum of money equal to one-third (33⅓%) of whatever recovery may be had in the event of a settlement of said cause action before the filing of a complaint for suit. In the event the Attorneys are unable to settle said claim prior to the filing of a complaint, then the Attorneys shall receive an amount equal to Forty Per Cent (40%) of whatever may be received in litigation or in settlement derived after the filing of said complaint. Client further agrees that Frank T. Zobec will receive one third (33⅓%) of the total attorneys fees as set forth above.

The Client understands that he is responsible for all expenses associated with the prosecution of the aforementioned claim and/or lawsuit regardless of whether or not a recovery is obtained or attorney fees are incurred. Such expenses include, but are not limited to, filing fees, court costs, deposition fees, appellate attorneys fees and costs, witness fees, binding and reproduction charges, research and investigation expenses, record retrieval charges, and expenses incurred in connection with expert witnesses. The Attorneys will advance these expenses while the claim and/or lawsuit is being pursued and the Client agrees that these expenses will be reimbursed out of any recovery or settlement realized.

**Exhibit "A"**

The undersigned parties acknowledge receipt of a copy of this contract by their signature below which they have read and understand.

_____
W. CRAIG BASHEIN

_____
FRANK T. ZOBEC

_____
ERIC HENRY