IT IS SO ORDERED.

Dated: 8 December, 2020 01:41 PM



**JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-11235 (JPS) |
| | ) | |
| ERIC MARCUS HENRY, SR., and | ) | Chapter 7 |
| PAULETTE DEAN HENRY, | ) | |
| | ) | Judge: JESSICA E. PRICE SMITH |
| Debtors. | ) | |

**ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL**
***NUNC PRO TUNC* TO PURSUE A PERSONAL INJURY CLAIM**
**ON A CONTINGENCY FEE BASIS**

This matter is before the Court on the motion of the Trustee, Robert D. Barr, for an order authorizing him to employ special counsel to pursue a personal injury claim on a contingency fee basis (the "Claim"), which Claim constitutes property of the within bankruptcy estate.

Upon consideration thereof, the Court finds said motion well taken, that the attorneys sought to be employed, Bashein & Bashein Co., L.P.A. and Frank T. Zobec, Esq., are disinterested person in these proceedings, qualified to act as special counsel to the Trustee in this matter for the purposes of prosecuting a personal injury claim on a contingency fee basis, and that authorizing

the above-named to serve as attorneys in these proceedings would be in the best interest of the bankruptcy estate.

IT IS THEREFORE ORDERED that the motion of the Trustee is hereby granted, and the Trustee is hereby authorized to employ the law firm of Bashein & Bashein Co., L.P.A., and Frank T. Zobec, Esq., as special counsel in accordance with the terms of the contingency fee agreement between the Debtor, Eric Henry, and the aforementioned counsel, a copy of which is attached to the Trustee's motion.

IT IS FURTHER ORDERED that no settlement of the Claim, or payment of the fees and expenses of the above-named special counsel, shall be made without prior approval of this Court.

# # #

**Order Submitted By:**

/s/ Robert D. Barr
Robert D. Barr, Trustee (#0067121)
1111 Superior Avenue East, Suite 2500
Cleveland, Ohio 44114
Phone: (216) 539-9370
Fax: (216) 916-4369
Email: barr-trustee@koehler.law

# SERVICE LIST

**To be served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Robert D. Barr, Trustee, at barr-trustee@koehler.law, rdb@trustesolutions.net

William J. Balena, Attorney for Debtors, at docket@ohbksource.com, janet@ohbksource.com

United States Trustee (Registered address)@usdoj.gov

**And to be served by regular U.S. mail, postage prepaid, to:**

W. Craig Bashein, Esq.
Bashein & Bashein Co., L.P.A.
Terminal Tower, 35th Floor
50 Public Square
Cleveland, Ohio 44113

Frank T. Zobec, Esq.
820 W. Superior Ave.
Suite 410
Cleveland, Ohio 44113