UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-11235 (JPS) |
| | ) | |
| ERIC MARCUS HENRY, SR. and | ) | Chapter 7 |
| PAULETTE DEAN HENRY, | ) | |
| | ) | Judge: JESSICA E. PRICE SMITH |
| Debtors. | ) | |

## MOTION OF TRUSTEE FOR AUTHORITY TO COMPROMISE A PERSONAL INJURY CLAIM, AND TO PAY THE ATTORNEY FEES AND EXPENSES OF SPECIAL COUNSEL AND CERTAIN OTHER EXPENSES DIRECTLY FROM THE PROCEEDS OF THE SETTLEMENT

Robert D. Barr, the Trustee herein (the "Trustee"), respectfully moves this Court, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for an order authorizing him to compromise a personal injury claim. Trustee further requests authority to pay the attorney fees and expenses of special counsel, and certain other expenses from the settlement proceeds. In support of this motion, the Trustee states as follows:

1. The within case was commenced by the filing of a voluntary petition for relief under chapter 7 of the Bankruptcy Code on March 8, 2019 (the "Debtors' Case"). The Debtors' Case was reopened on October 31, 2020.

2. Robert D. Barr was appointed as trustee (the "Trustee") in the Debtors' Case.

3. At the time of the commencement of the Debtors' Case, the Debtors, Eric Marcus Henry, Sr. and Paulette Dean Henry, had a personal injury/intentional tort claim, which arose from events that occurred prior to the commencement of the Debtors' Case (the "Claim"). The Claim is asserted as party of a lawsuit pending in state court, and is disputed.

4. The Trustee previously retained the law firm of Bashein & Bashein Co., L.P.A. ("Special Counsel") as special counsel to continue to pursue the Claim on a contingency fee basis. Pursuant to the terms of the contingency fee agreement with Special Counsel approved by the Court, Special Counsel is entitled to a contingency fee of 40% of any gross recovery, plus the reimbursement of costs and expenses. The contingency fee will be shared with Attorney Frank Zobec, who will receive one-third (1/3) of all attorney fees awarded. *See* Docket Nos. 26 and 27.

5. Through the efforts of Special Counsel, an offer has been made to settle the Claim for the gross amount of $425,000.00 (the "Settlement Amount"). The Trustee believes it would be in the best interests of creditors and the bankruptcy estate if he is authorized to compromise the Claim for the total Settlement Amount of $425,000.00, and requests authority to accept the settlement offer.

6. Pursuant to the contingency fee agreement previously approved by this Court, the Trustee further requests authority to pay Special Counsel the total sum of $170,000.00 for its attorney fee (to be shared between Bashein & Bashein Co., L.P.A. and Attorney Frank Zobec) directly from the settlement proceeds. The Trustee further requests authority to pay the expenses and advances made by Special Counsel directly from the settlement proceeds, all of which are set forth in the following chart (the Chart"):

| Gross Settlement Amount | $425,000.00 |
|---|---|
| Attorney Fee (40%) | (170,000.00) |
| Ciox Health | (217.01) |
| Medinform | (19.50) |
| IOD, Inc. | (53.85) |
| Cuyahoga County C.P. Court | (268.95) |
| Avalon Document Service | (55.60) |
| Judge Joseph Gibson (Mediator) | (2,916.66) |
| Copying and postage | (27.50) |
| Bureau of Workers Compensation | (30,000.00) |
| **Total Net Recovery to Estate** | **221,440.93** |

The above, proposed disbursements are more fully itemized on the Disbursement Sheet attached hereto as Exhibit "A" and incorporated herein by reference.

7. The Trustee also requests authority to pay from the settlement proceeds: an Ohio Bureau of Workers Compensation Lien (reduced following negotiations), in the amount set forth in the Chart.

8. The net settlement award to be retained and/or received by the bankruptcy estate, after deduction of all proposed fees and expenses described in the above Chart, is the sum of $221,440.93.

9. The Trustee believes the settlement proposed above is fair and equitable considering (a) the probability of success in litigating the Claim; (b) the potential for appeals; (c) the costs and expenses associated with litigation; (d) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and (e) the paramount interest of the creditors. *Se*e *Christo v. Padgett*, 223 F.3d 1324, 1335 (11th Cir.2000), *cert. denied*, 531 U.S. 1191, 121 S.Ct. 1190, 149 L.Ed.2d 106 (2001); *Jeremiah v. Richardson*, 148 F.3d 17, 23 (1st Cir.1998); *Myers v. Martin (In re Martin)*, 91 F.3d 389, 393 (3d Cir.1996); *Conn. Gen. Life Ins.*

*Co. v. United Cos. Fin. Corp. (In the Matter of Foster Mortgage Corp.)*, 68 F.3d 914, 917 (5th Cir.1995); *In re Flight Transp. Corp. Sec. Litig.*, 730 F.2d 1128, 1135 (8th Cir.1984) (outlining the factors to be considered in reviewing a proposed compromise).

10. To the extent reasonably necessary and consistent with the Bankruptcy Code and Rules, the Trustee further requests authority to sign any settlement or release agreements.

11. Any allowable claim of exemption in the above settlement proceeds will be paid by the Trustee upon receipt of the net settlement funds. The asset described herein is separate and distinct from the workers compensation claim disclosed in the Debtor's original bankruptcy schedules.

WHEREFORE, Robert D. Barr, the Trustee herein, respectfully requests that this motion be granted, and that he be authorized to compromise the Claim for the gross settlement sum of $425,000.00, all pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure. The Trustee further requests an order authorizing payment of the fees of Special Counsel, plus litigation expenses and other expenses, as itemized in the Chart specified in paragraph 6 of this motion, which will result in net settlement proceeds of $221,440.93. The Trustee further requests authority to execute any and all settlement and release documents or agreements, to the extent reasonably necessary and consistent with the Bankruptcy Code and Rules.

Respectfully submitted,

/s/ Robert D. Barr
Robert D. Barr, Trustee (#0067121)
1111 Superior Avenue East, Suite 2500
Cleveland, Ohio 44114
Phone: (216) 539-9370
Fax: (216) 916-4369
Email: barr-trustee@koehler.law

# CERTIFICATE OF SERVICE

I certify that on January 20, 2021, a true and correct copy of the foregoing Motion to Compromise was served:

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Robert D. Barr, Trustee, at barr-trustee@koehler.law, rdb@trustesolutions.net

William J. Balena, Attorney for Debtors, at docket@ohbksource.com, janet@ohbksource.com

Edward Tufic Saadi, Attorney for the Ohio Bureau of Workers' Compensation, at edwardsaadi@aol.com

Amy L. Good, Attorney for the United States Trustee, at amy.l.good@usdoj.gov

**And to be served via regular U.S. mail, postage prepaid, to:**

W. Craig Bashein, Esq.
Bashein & Bashein Co., L.P.A.
Terminal Tower, 35th Floor
50 Public Square
Cleveland, Ohio 44113

Frank T. Zobec, Esq.
820 W. Superior Ave.
Suite 410
Cleveland, Ohio 44113

See attached creditor list.

/s/ Robert D. Barr
Robert D. Barr, Trustee

# CREDITOR LIST

Aaron Sales & Lease
2800 Canton Road, #900
Marietta, GA 30066

Acceptance Now
5501 Headquarters Drive
Plano, TX 75024

Abdul Razack MD
1451 North Hartman Street
Boise, ID 83704

Amb. Surg. Center
24700 Chagrin Blvd.
Beachwood, OH 44122

AMCA
P.O. Box 1235
Elmsford, NY 10523

Amherst Community Hospital
254 Cleveland Avenue
Amherst, OH 44001

Arco Media Inc.
1336 SE 47th Street
Cape Coral, FL 33904

Ashley Funding Services
200 Meeting Street
Charleston, SC 29401

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

AT & T Mobility
P.O. Box 5014
Carol Stream, IL 60197

Beachbody
3301 Exposition Blvd., 3rd Floor
Santa Monica, CA 90404

Bermudez Financial Services
1430 South Washington Street
Millersburg, OH 44654

Calvary Portfolio Service
500 Summit Lake Drive
Valhalla, NY 10595

Capital One
P.O. Box 71083
Charlotte, NC 28272

CDI Affiliated Service
1451 Hartman
Boise, ID 83704

Century Link
P.O. Box 4300
Carol Stream, IL 60197

City of Lorain Taxation Department
605 West Fourth Street
Lorain, OH 44052

City of Lorain Utility
200 West Erie Avenue
Lorain, OH 44052

City of Lorain Utilities Dept.
1106 West 1st Street
Lorain, OH 44052

Cleveland Clinic
9500 Euclid Avenue
Cleveland, OH 44195

Columbia Gas
P.O. Box 742510
Cincinnati, OH 45274

Columbia House
1400 North Fruitridge Avenue
Terra Haute, IN 47811

Community Health Partners
578 North Leavitt Road
Amherst, OH 44001

Credit One Bank
P.O. Box 60500
City of Industry, CA 91716

Direct TV
P.O. Box 5008
Carol Stream, IL 60197

Elyria Memorial Hospital
630 East River Street
Elyria, OH 44035

Estate of Robert Vietzen
Eric Severs, Esq.
5 South Main St. #1
Oberlin, OH 44074

FFCC
24700 Chagrin Blvd, #205
Beachwood, OH 44122

Fidelity Collection
855 South Sawburg Ave, #103
Alliance, OH 44601

First Credit
P.O. Box 630838
Cincinnati, OH 45263

First Energy
76 South Main Street
Akron, OH 44308

First Federal Savings of Lorain
2233 East 42nd Street
Lorain, OH 44055

First Premier Bank
P.O. Box 5529
Sioux Falls, SD 57117

Govind K. Mehta MD
125 East Broad Street, #219
Elyria, OH 44035

Healthcare Medical Services
Care Centrix
4 Westchester Plaza, #110
Elmsford, NY 10523

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Laboratory Corp of America
418 E Broad Street
Elyria, OH 44035

Lakeshore Auto Wholesalers, Inc.
1423 Cooper Foster Park Rd.
Amherst, OH 44001

Lifecare Ambulance, Inc.
640 Cleveland Street
Elyria, OH 44035

Lorain County Job & Family Service
42485 North Ridge Road
Elyria, OH 44035

LVNV Funding
P.O. Box 10497
Greenville, SC 29603

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Manley Deas Kochalski
P.O. Box 165028
Columbus, OH 43216-5028

Mercy Health Partners
3700 Kolbe Road
Lorain, OH 44053

Midfirst Bank
999 NW Grand Blvd, #100
Oklahoma City, OK 73118

NES Probill Secondary
P.O. Box 15670
Brooksville, FL 34604

NESAO Surgical
6100 Rockside Woods, #425
Independence, OH 44131

NOMS Healthcare
P.O. Box 378
Sandusky, OH 44871

Ohio BMV
P.O. Box 16520
Columbus, OH 43216

Ohio Edison
5001 NASA Blvd.
Fairmount, WV 26554

Ohio Edison
P.O. Box 3637
Akron, OH 44309

Penn Foster High School
925 Oak Street
Scranton, PA 18515

Physician Link Center
P.O. Box 3194
Indianapolis, IN 46206

Progressive Insurance Company
6300 Wilson Mills Road
Cleveland, OH 44143

Quantum 3 Group
P.O. Box 788
Kirkland, WA 98083

Quantum 3 Group
15130 Broadmoor Street
Shawnee Mission, KS 66223

RBA
1720 Cooper Foster Road, #B
Lorain, OH 44053

Revenue Group
4780 Hinckley Industrial Pkwy, #200
Cleveland, OH 44109

Springfield Financial
5222 Detroit Rd
Elyria, OH 44035

Springleaf/One Main Financial
P.O. Box 3251
Evansville, IN 47731

Sprint
P.O. Box 4191
Carol Stream, IL 60197

Superior Medical Care Inc.
5334 Meadow Lane Court
Elyria, OH 44035

The Avenue
P.O. Box 659584
San Antonio, TX 78265

University Hospitals Elyria Medical Center
630 River Street
Elyria, OH 44035

Verizon
P.O. Box 15124
Albany, NY 12212

Wells Fargo
P.O. Box 19657
Irvine, CA 62623

World Gym
5248 Cobblestone Rd
Sheffield Lake, OH 44054

University Hospitals Avon Health Ctr: ER
1997 Healthway Drive
Avon, OH 44011

US Dept of Education
2401 International
Madison, WI 53704

Wells Fargo
P.O. Box 997517
Sacramento, CA 95899

Winter Park Memorial Hospital
200 N Lakemont Avenue
Winter Park, FL 32792