**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 PROCEEDINGS |
| ) ) | |
| Eric M & Paulette D Henry ) | CASE NO. 19-11235 |
| ) ) | |
| Debtors ) | JUDGE : Price Smith |

**AFFIDAVIT OF ACCOUNTANT**
**PURSUANT TO BANKRUPTCY RULE 5002**

The undersigned, Brian Greene, hereby states:

1. He is an Enrolled Agent and a Certified Fraud Examiner experienced in rendering accounting services to bankruptcy trustees.

2. That he is a shareholder/officer in Colagiovanni & Greene, the firm of Certified Public Accountants that the Chapter 7 Trustee is seeking to employ as his accountants by the Application to which this Statement is attached.

3. That Colagiovanni & Greene has experience in creditors' rights, insolvency, reorganization, business valuations, and bankruptcy matters and is willing to act as accountants for the Trustee as set forth in said Application.

4. That the normal hourly billing rates for services rendered to attorneys and trustees and other similar work, of the shareholders, professionals, and paraprofessional staff who will perform the majority of services for the Trustee are as follows:

BRIAN GREENE        $175.00/hr.

OTHER ACCOUNTANT AND FEES        $125.00/hr.

OTHER SUPPORT STAFF        $45-125/hr.

and that Colagiovanni & Greene will seek compensation based upon such normal and usual hourly billing rates. These hourly charges are those in effect as of the date of this Application and may be increased in the ordinary course, from time to time, during the pendency of this case.

5. That based upon his personal knowledge, Colagiovanni & Greene has no connection with the Debtor, creditors, or any other party in interest, or their respective attorneys and/or accountants, other than the Trustee in connection with this proceeding. No agreement exists between Colagiovanni & Greene or any other person (except for members of Colagiovanni & Greene) for the sharing of compensation to be received by Colagiovanni & Greene in connection with services rendered to the Trustee in this case.

6. That Colagiovanni & Greene is a disinterested person and does not hold or represent any interest adverse to the Estate.

7. That no shareholder or other employee of Colagiovanni & Greene is a relative of the Bankruptcy Judge approving the employment of Colagiovanni & Greene or any employee of the Office of the United States Trustee, and no accountant or other employee of Colagiovanni & Greene is a relative of or has been connected with the said Bankruptcy Judge or any employee of the Office of the United States Trustee so as to render the appointment or employment improper.

VERIFIED under penalty of perjury that the foregoing is true and correct this 20th day of January, 2021.

_____
BRIAN R. GREENE

SWORN TO BEFORE ME and subscribed in my presence this 20th day of January, 2021.

_____
NOTARY PUBLIC

MILENA I STARLEIN
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
May 24, 2021
Recorded in
Geauga County